**DISTRICT COURT OF MARYLAND FOR** _____

LOCATED AT (COURT ADDRESS)

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

**CASE NO.**
CV

The particulars of this case are:

Failure of Chase Card to provide copies of documents bearing my signature, showing that I have a legally binding contractual obligation to pay them the alleged amount of $2,335, which is the total amount Chase Card is reporting to the credit bureaus. I am suing for defamation, negligent enablement of identity fraud, violation of the Fair Debt Collection Practices Act (including but not limited to Section 807-8), and violation of the Fair Credit Reporting Act (including but not limited to Section 623-b)

(See Continuation Sheet)

**PARTIES**

Plaintiff: Paul Godwin
7900 New Freetown Rd
Pasadena, MD 21122

VS.

Defendant(s):
1. Jennifer Piepszak
   Chase Card
   P.O. Box 15298
   Wilmington, DE 19850-5298
   Serve by: ☒ Certified Mail

The Plaintiff claims $_____, plus interest of $_____, Interest at the ☐ legal rate ☐ contractual rate calculated at ____%, from _____ to _____ ( ____ days x $____ per day) and attorney's fees of $_____ plus court costs.

☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☒ Other: $4,835 plus court costs
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code

Printed Name: Paul Godwin
Address: 7900 New Freetown Rd. Pasadena, MD 21122
Telephone Number: 443-336-2541
Fax: _____
E-mail: paulgodwin410@aol.com

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☒ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

26 Oct 17
Date                                    Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

26 Oct 17
Date                                    Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)    Print Date (09/2016)