

**DISTRICT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY**
· George M. Taylor Multi-Service Center
7500 Gov. Ritchie Highway
Glen Burnie, Maryland 21061

Phone: 410-260-1800
Toll-free (In-state only): 1-800-944-2688
Maryland Relay call: 711

Case Number: D-07-CV-17-013095
Complaint Number:

**PAUL GODWIN VS. CHASE CARD**

## WRIT OF SUMMONS

Serve on:
Chase Card
Jennifer Piepszak
Po Box 15298
WILMINGTON DE 19850

| | |
|---|---|
| Date Filed: | 10/30/2017 |
| Issue Date: | 10/30/2017 |
| Trial Date: | 12/28/2017 |
| Trial Time: | 1:15 PM |
| Trial Room: | 05 |

You are summoned to appear for trial at the date, time, and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within ☒ 15 days ☐ 60 days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY:** 11/29/2017

Tamera Chester
*Administrative Clerk*

To ☐ Sheriff/Constable ☐ Private Process Server
You are hereby commanded to serve this Writ of Summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.
I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to: _____
                                                                                    Name
on _____ _____ ☐ A.M. ☐ P.M. at _____ _____
   Date      Time                              Location
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the Defendant is _____;
and that (4) the above listed address is the Defendant's residence or usual place of abode. The facts upon which I concluded that the individual served is of suitable age discretion are: _____

_____

The cost of service is $ _____
Description of the Defendant/Person Served: Race _____ Sex _____ Ht. _____ Wt. _____ Age _____

☐ I was unable to serve because _____

Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____

DC-CV-010C (Rev. 10/2014)  Page 1 of 2  10/30/2017 4:00 PM

REFUND TO:

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____  
*Print Name of Process Server*

_____  
*Address*

_____     _____  
*City, State, Zip*                                      *Telephone*

"Insert Barcode Here"

_____     _____  
*Signature of Process Server*                    *Date*

## NOTICE OF INTENTION TO DEFEND

Case Number: D-07-CV-17-013095  
Defendant: Chase Card

Trial Date: 12/28/2017

NOTICE: **If you contest the claim** or any part thereof, you must complete this Notice of Intention to Defend and file with the court listed at the top of this summons no later than ☐ 15 days ☐ 60 days after you receive this Summons and be present in court on the trial date. If you do not appear, judgment by default or the relief sought may be granted.

A corporation may enter an appearance only by an attorney except that an officer of the corporation may appear on its behalf if the action is based on a claim that does not exceed $5,000.00.

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

   SEE NOTICE TO DEFENDANT ON COMPLAINT FORM FOR IMPORTANT INFORMATION

I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.  
Brief explanation of defense: _____

_____

_____

_____     _____  
*Date*                                                    *Signature*

                                          _____  
                                          *Printed Name*

                                          _____  
                                          *Address*

                                          _____  
                                          *City, State, Zip*

                                          _____  
                                          *Home/Work Telephone Number*

                                          _____  
                                          *Fax*

                                          _____  
                                          *Email*