This amendment to Civil Action No. 1:17-CV-03575-JKB. The defendant has reported to Experian Credit bureau, that I, Paul Godwin, owe them money. I have never had an account with Chase Bank. And have never done business with Chase Bank. Also, I submit that Chase submitted falsified documents to the court.

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2018 APR -9 PM 9: 57 CLERK'S OFFICE AT BALTIMORE BY ___ DEPUTY

Paul Godwin

*[signature]*

9 Apr 18