# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

PAUL GODWIN,

   Plaintiff

v.                                  CIVIL NO. JKB-17-3575

JENNIFER PIEPSZAK *et al.*,

   Defendants

## MEMORANDUM AND ORDER

Earlier, the Court directed Plaintiff Paul Godwin, who is proceeding *pro se*, to "file an amended complaint that provides sufficient factual content to establish each element of each cause of action he is asserting." (Mem. & Order, Feb. 20, 2018, ECF No. 11.) Belatedly, Godwin filed a one-paragraph document that states in pertinent part,

> The defendant has reported to Experian credit bureau, that I, Paul Godwin, owe them money. I have never had an account with Chase Bank. And have never done business with Chase Bank. Also, I submit that Chase submitted falsified documents to the court.

(ECF No. 13.)

The Court construes this filing as a supplemental complaint to the original complaint rather than an amended complaint and will direct the Clerk to amend the docket accordingly. Based upon this additional allegation, the Court will direct Godwin to file *under seal* a copy of his Experian credit report that reflects the allegation he has made about Defendant Chase Bank USA, N.A. ("Chase Bank"), and to supply a copy of the same credit report to Chase Bank, who shall treat it as confidential information is normally treated in litigation cases. Further, the Court

notes that Godwin has not made any specific allegations about Jennifer Piepszak, who shall be dismissed from the case.

Accordingly, it is hereby ORDERED:

1. The Clerk SHALL AMEND the docket to reflect that ECF No. 13 is a Supplemental Complaint rather than an amended complaint.

2. The Clerk SHALL TERMINATE Jennifer Piepszak as a party in the case.

3. <u>By no later than May 11, 2018</u>, Plaintiff Paul Godwin SHALL FILE *under seal* a copy of his Experian credit report.

4. Plaintiff SHALL MAIL a copy of his Experian credit report to counsel for Defendant Chase Bank at the following address:

    > Edward H. Robbins, Jr., Esq.
    > Zachary Schultz, Esq.
    > Miles and Stockbridge PC
    > 100 Light Street
    > Baltimore Maryland  21202

5. Defendant SHALL TREAT Plaintiff's credit report as confidential information is usually treated in the conduct of litigation cases.

6. Defendant SHALL FILE its response to the Complaint (ECF No. 1) and the Supplemental Complaint (ECF No. 13) within fourteen days of its receipt of Plaintiff's credit report.

7. The Clerk SHALL MAIL a copy of this order to Plaintiff at the address he has on file with the Court.

DATED this 10th day of April, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge