IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL GODWIN | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. JKB-17-3575 |
| JENNIFER PIEPSZAK, et al. | * | |
| Defendants | * | |

******

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's MOTION TO DISMISS (ECF No. 16). The Plaintiff has responded (ECF No. 18) and the Defendant has replied (ECF No. 19). For the reasons stated in the Defendant's Memorandum (ECF No. 16-2), the Motion is GRANTED. The Plaintiff is judicially estopped from contending that he has never had a relationship with Chase Bank. He has failed to state a claim upon which relief may be granted.

The Clerk is directed to CLOSE THIS CASE.

Dated this 9th day of July, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge